IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| GERMAINE KAAPUNI BUSH, et al., | ) ) ) | CIVIL 04-00096-DAE-KSC |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| STATE OF HAWAII, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 20, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY ROBERT A. HOLBRON'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT; ORDER DENYING ROBERT A. HOLBRON'S MOTION FOR LEAVE TO FILE A

SUPPLEMENTAL COMPLAINT," document no. 103, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 8, 2011.



_____
David Alan Ezra
United States District Judge

Germaine Kaapuni Bush, et al. vs. State of Hawaii, et al., Civil No. 04-00096 DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION